ceeding by the people of the state of New York against Charles Fuchs.

PER CURIAM. Judgment and conviction reversed, and new trial ordered in the county court. *Held*, that the evidence connecting the defendant with the crime charged is insufficient. All concur, except ADAMS, P. J., and WILLIAMS, J., who dissent.

PEOPLE v. GRANITE STATE PROVIDENT ASS'N. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) Proceeding by the people of the state of New York against the Granite State Provident Association.

PER CURIAM. This application is nothing more or less than a proposition to hand over to the New Hampshire assignee, without security, the special fund for the benefit of the New York stockholders, which this court and the court of appeals have decided should not be paid to said assignee unless he gave security in a sum equal to double the amount. Motion denied.

PEOPLE, Appellants, v. GUHL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) Proceeding by the people of the state of New York against Herman F. Guhl. No opinion. Judgment and order affirmed, with costs.

RUMSEY, J., not sitting.

PEOPLE v. KELLER. (Supreme Court, Special Term, Herkimer County. May, 1901.) Proceeding by the people of the state of New York against Elias Keller. P. H. McEvoy, for the People. Richard Hurley, for defendant.

HISCOCK, J. Defendant's motion for a retaxation of plaintiff's costs herein, striking out certain disbursements in excess of the amount of $25 taxed by him as costs, is granted with $10 costs of motion. Section 3256, Code, makes certain disbursements like those taxed by plaintiff herein part of the costs which a party may tax. Section 3228 provides that in an action like this, upon a recovery of any amount less than $50 (in this case $25), the successful party may not tax costs to exceed the amount recovered. The provisions together mean that he may not tax all costs, including disbursements, in excess of the amount provided. Motion granted, with $10 costs.

PEOPLE, Respondents, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 21, 1901.) Proceeding by the people of the state of New York against William F. Miller. No opinion. Order resettled and signed.

PEOPLE, Appellants, v. MUTUAL BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) Proceeding by the people of the state of New York against the Mutual Brewing Company. No opinion. Reargument ordered for October 10, 1901.

PEOPLE ex rel. GUERNSEY, Appellant, v. PIERSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) Proceeding by the people of the state of New York, on the relation of E. Brayton Guernsey, against Henry B. Pierson and others. No opinion. Order (71 N. Y. Supp. 993) affirmed, with costs.

RUMSEY, J., not sitting.

PEOPLE ex rel. HART v. YORK et al. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Proceeding by the people of the state of New York, on the relation of William A. Hart, against Bernard J. York and others, commissioners. No opinion. Application granted upon relator stipulating not to claim back salary.

PEOPLE ex rel. McHARG et al., Appellants, v. GAUS et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 4, 1901.) Proceeding by the people of the state of New York, on the relation of Henry K. McHarg and others, executors, etc., of Joshua Howard King, deceased, against Charles H. Gaus and others, constituting the board of assessors of the city of Albany. No opinion. Order affirmed, without costs.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PRIEST et al. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Proceeding by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against George E. Priest and others, commissioners. No opinion. Motion for resettlement granted. See 71 N. Y. Supp. 390.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PRIEST et al. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Proceeding by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against George E. Priest and others, commissioners. No opinion. Motion for leave to appeal to the court of appeals granted. Questions certified.

PEOPLE ex rel. WARD et al., Respondents, v. FEITNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 23, 1901.) Proceeding by the people of the state of New York, on the relation of Jessie L. Ward and Anna L. Judson, against Thomas L. Feitner and another, as commissioners, etc. No opinion. Motion granted and order resettled.

PEOPLE ex rel. WATSON v. VOORHIS et al. (Supreme Court, Appellate Division, Second Department. October 23, 1901.) Proceeding by the people of the state of New York, on the relation of William Watson, against John R. Voorhis, president, and others, composing the board of elections of the city of New York. No opinion. Order modified and signed.